PROB 12C
(6/16)

Report Date: December 27, 2017

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 27 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Eric Lynn Heartburg            Case Number: 0980 2:04CR00061-WFN-1

Address of Offender:                             Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 14, 2004

| | | |
|---|---|---|
| Original Offense: | Armed Bank Robbery, 18 U.S.C. § 2113(a) and (d) - 2 counts | |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie Van Marter | Date Supervision Commenced: February 7, 2017 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: February 6, 2020 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/15/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 23**: You shall abstain from the use of alcohol and illegal controlled substances, and shall submit to urinalysis testing, including Breathalyzer testing, as directed by the supervising probation officer.<br><br>**Supporting Evidence**: On February 8, 2017, Mr. Heartburg's conditions of supervision were reviewed with him. He signed his conditions, acknowledging an understanding of his conditions, to include special condition number 23, as noted above.<br><br>Mr. Heartburg violated his conditions of supervised release by using methamphetamine on December 24, 2017.<br><br>On December 26, 2017, Mr. Heartburg reported to the probation office and was directed to submit to urinalysis testing. The urine sample was positive for methamphetamine and sent to Alere Toxicology for further testing. Mr. Heartburg admitted to using methamphetamine on December 24, 2017, and signed an admission form |

Prob12C
Re: Heartburg, Eric Lynn
December 26, 2017
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/26/2017

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [x] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

12/27/17

Date