PROB 12C
(6/16)

Report Date: February 13, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 13, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Eric Lynn Heartburg | Case Number: 0980 2:04CR00061-WFN-1 |
| Address of Offender: | , Spokane, Washington 99201 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 14, 2004

Original Offense:    Armed Bank Robbery, 18 U.S.C. § 2113(a) and (d) - 2 counts

| | | |
|---|---|---|
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: February 7, 2017 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: February 6, 2020 |

## PETITIONING THE COURT

To issue a **warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/15/2017, 12/27/2017 and 01/05/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**:  On February 8, 2017, Mr. Heartburg's conditions of supervision were reviewed with him.  He signed his conditions, acknowledging an understanding of his conditions, to include mandatory condition number 2, as noted above.<br><br>On February 10, 2018, Mr. Heartburg was arrested in Pend Oreille County, Washington, for vehicle prowling, malicious mischief 2nd degree, and 2nd degree burglary, case number 2018-00573.<br><br>According to the police report, the victim called 911 after observing two vehicles (one  of which was Mr. Heartburg's), driving down the road away from her property.  One of the vehicles was towing a boat which appeared to be the victim's.  The victim went to her home and saw her garage door opened and her boat missing.<br><br>Responding deputies located Mr. Heartburg's vehicle and initiated a traffic stop.  Mr. Heartburg was driving, and Brook A. Stigall and Jason A. Murphy were passengers.  The |

Prob12C
Re: Heartburg, Eric Lynn
February 13, 2018
Page 2

victim further reported several items were stolen to include speakers, a stereo and a television, which were observed in plain view in Mr. Heartburg's vehicle. The victim also positively identified Mr. Heartburg's vehicle as one of the vehicles she observed leaving her property. Ms. Stigall was identified as the niece of the victim. The victim further reported none of the subjects had permission to remove anything from her property or be on her property. None of the subjects, to include Mr. Heartburg, could explain why or how the stolen items came to be in the vehicle.

After further investigation, entry into the garage was made by breaking and climbing in through a window. A fifth wheel trailer was ransacked, and it was clear a television and entertainment system were removed. Also it was discovered that several other items were stolen to include tools, a small boat, wheels and tires, and all terrain vehicle (ATV) helmets. The main shop door had extensive damage as it was struck by the second vehicle as it pulled away with the stolen boat attached. The stolen boat was valued at approximately $15,000 and several thousand dollars in tools appeared to be missing also.

After the scene was secured, deputies located the second vehicle involved in the burglary towing the stolen boat. It eluded officers and entered into the State of Idaho, where the driver was finally apprehended. The driver was identified as Charles A. Castro. The license plate did not match the vehicle and returned stolen out of Montana. The driver indicated an unknown male pointed a firearm at the driver demanding him to drive the stolen boat into Spokane.

All subjects, to include Mr. Heartburg, were interviewed and none of their stories were consistent, and claimed not to be aware what was happening. All subjects, to include Mr. Heartburg, were arrested for 2nd degree burglary, 2nd degree malicious mischief, and vehicle prowling. Mr. Heartburg is currently in custody in Pend Oreille County.

7    **Special Condition # 10**: You shall abstain from the use of alcohol and illegal controlled substances, and shall submit to urinalysis testing, including Breathalyzer testing, as directed by the supervising probation officer.

**Supporting Evidence**: On February 8, 2017, Mr. Heartburg's conditions of supervision were reviewed with him. He signed his conditions, acknowledging an understanding of his conditions, to include special condition number 10, as noted above.

On February 5, 2018, Mr. Heartburg reported to the probation office as directed by the undersigned officer and was requested to submit to a random urinalysis test. Mr. Heartburg reported his urine sample would be positive for methamphetamine. He signed a drug use admission form admitting to methamphetamine use on or about February 2, 2018.

8    **Standard Condition # 9:** The defendant shall not associate with any person engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

**Supporting Evidence**: On February 8, 2017, Mr. Heartburg's conditions of supervision were reviewed with him. He signed his conditions, acknowledging an understanding of his conditions, to include standard condition number 9, as noted above.

Prob12C
**Re: Heartburg, Eric Lynn**
**February 13, 2018**
**Page 3**

On February 10, 2018, Mr. Heartburg associated with individuals who were engaged in criminal activity, and the individuals were also convicted felons. Ultimately, his decision to interact with these individuals led to him being arrested for 2nd degree malicious mischief, 2nd degree burglary, and vehicle prowling, case number 2018-00573.

Mr. Charles A. Castro is a convicted felon with numerous convictions for possession of a controlled substance, attempt to elude, and possession of a stolen vehicle. Mr. Castro is also pending felony charges for possession of a controlled substance and possession of a stolen vehicle. He has several other convictions out of Idaho.

Ms. Brook A. Stagill is a convicted felon with a theft of a motor vehicle conviction. Mr. Jason A. Murphy is not a convicted felon, but has a couple misdemeanor convictions. Mr. Heartburg was not afforded permission to associate with these individuals.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/15/2017, 12/27/2017, and 01/05/2018, and that the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/13/2018

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

2/13/18
Date