PROB 12C
(6/16)

Report Date: January 14, 2019

# United States District Court

**FILED IN THE**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

for the

**JAN 14 2019**

Eastern District of Washington

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Eric Lynn Heartburg                   Case Number: 0980 2:04CR00061-WFN-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 14, 2004

| | |
|---|---|
| Original Offense: | Armed Bank Robbery, 18 U.S.C. § 2113(a) and (d); Use of a Firearm During a Crime of Violence, 18 U.S.C. § 924(c) |
| Original Sentence: | Prison - 120 months     Type of Supervision: Supervised Release <br> TSR - 36 months |
| Revocation Sentence (August 13, 2018) | Prison - 20 days <br> TSR - 34 months |
| Asst. U.S. Attorney: | Stephanie A. Van Marter     Date Supervision Commenced: August 27, 2018 |
| Defense Attorney: | J. Houston Goddard     Date Supervision Expires: June 26, 2021 |

## PETITIONING THE COURT

To issue a **summons** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/31/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 9**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Heartburg is alleged to have violated special condition number 9 by using methamphetamine on January 4, 2019. |
| | On January 4, 2019, Mr. Heartburg submitted to a random urinalysis test. The urine sample had initial positive findings of methamphetamine. The urine sample was sent to Alere Toxicology for further testing. On January 11, 2019, the lab results were received confirming a positive result for methamphetamine. |

Prob12C
Re: Heartburg, Eric Lynn
January 14, 2019
Page 2

On August 27, 2018, Mr. Heartburg's conditions of supervision were reviewed with him, relative to case number 2:04CR00061-WFN-1. He signed his judgment, acknowledging an understanding of his conditions, to include special condition number 9, prohibiting him from using illegal controlled substances.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a **summons** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/14/2019

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

1/14/19
Date