PROB 12C
(6/16)

Report Date: September 18, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 19, 2019

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Eric Lynn Heartburg   Case Number: 0980 2:04CR00061-WFN-1

Address of Offender:   Spokane, Washington 99217

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 14, 2004

Original Offense:   Armed Bank Robbery, 18 U.S.C. § 2113(a) and (d); Use of a Firearm During a Crime of Violence, 18 U.S.C. § 924(c);

| | | |
|---|---|---|
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence<br>(August 13, 2018) | Prison - 20 days<br>TSR - 34 months | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: August 27, 2018 |
| Defense Attorney: | J. Houston Goddard | Date Supervision Expires: June 26, 2021 |

## PETITIONING THE COURT

To issue a **summons**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence:** Mr. Heartburg is alleged to have violated his conditions of supervised release by failing to report to the probation office as directed on September 6 and 9, 2019.<br><br>On August 27, 2018, Mr. Heartburg signed his conditions of supervision relative to case number 2:04CR00061-WFN-1, acknowledging an understanding of his conditions of supervision, to include reporting as directed.<br><br>On September 5, 2019, the undersigned officer contacted Mr. Heartburg. He was in agreement to report on September 6, 2019, for a random urinalysis test. He failed to report as directed. He was later contacted and directed to report on September 9, 2019. Mr. Heartburg again failed to report as directed. |

Prob12C
**Re: Heartburg, Eric Lynn**
**September 18, 2019**
**Page 2**

| | | |
|---|---|---|
| | 2 | **Special Condition # 9**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Heartburg is alleged to have violated his conditions of supervised release by using methamphetamine on or about September 4, 10, and 18, 2019.

On September 10, 2019, Mr. Heartburg reported to the probation office. He admitted to using methamphetamine on or about September 4, 2019, and signed a drug use admission form. In addition, he submitted to urinalysis testing on September 10, 2019, which tested presumptive positive for methamphetamine, and was later confirmed positive by Alere Toxicology. He denied using any methamphetamine since September 4, 2019.

On September 18, 2019, Mr. Heartburg reported to the probation office to submit to urinalysis testing. The urine sample tested presumptive positive for methamphetamine and was sent to the lab for further testing. Mr. Heartburg continues to deny methamphetamine use and stated "methamphetamine stays in his system longer than others."

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  09/18/2019

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

9/19/2019
Date