# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: October 1, 2019

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 01, 2019

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Eric Lynn Heartburg | Case Number: 0980 2:04CR00061-WFN-1 |
| Address of Offender: | Spokane, Washington 99217 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 14, 2004

Original Offense:       Armed Bank Robbery, 18 U.S.C. § 2113(a) and (d); Use of a Firearm During a Crime of Violence, 18 U.S.C. § 924(c)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: Supervised Release | |
| Revocation Sentence:<br>(August 13, 2018) | Prison - 20 days<br>TSR - 34 months | | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: August 27, 2018 | |
| Defense Attorney: | J. Houston Goddard | Date Supervision Expires: June 26, 2021 | |

## PETITIONING THE COURT

To issue a **warrant** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/18/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 9**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Heartburg is alleged to have violated his conditions of supervised release by using methamphetamine on or about September 26, 2019.<br><br>On August 27, 2018, Mr. Heartburg signed his conditions of supervision relative to case number 2:04CR00061-WFN-1, acknowledging an understanding of his conditions of supervision, to include special condition 9.<br><br>On September 30, 2019, Mr. Heartburg reported as directed and a random urinalysis was requested.  Mr. Heartburg admitted to his continued use of methamphetamine and informed |

the undersigned officer he used methamphetamine on September 26, 2019. He signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court to issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/01/2019

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

10/1/2019

Date